IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Industrial Food Truck, LLC | § | No. |
| | § | Chapter 11 |
| | § | |
| DEBTOR(S) | § | |

## CORPORATE RESOLUTION

The Board of Directors of Industrial Food Truck, LLC has adopted the following resolution:

WHEREAS, it is in the best interest of Industrial Food Truck, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved that Gary Koppelman   49 %

Mario Spina   10%


Fran Fassberg   2 %, as an authorized representative of Industrial Food Truck, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of Industrial Food Truck, LLC; and

Be It Further Resolved that Gary Koppelman   49 %

Mario Spina   10%


Fran Fassberg   2 % is authorized and directed to appear in all bankruptcy proceedings on behalf of Industrial Food Truck, LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Industrial Food Truck, LLC in connection with such bankruptcy case;

Be It Further Resolved that Gary Koppelman   49 %

Mario Spina   10%


Fran Fassberg   2 %  is authorized and directed to employ Michael A. Cibik, Esquire, attorneys and the law firm of Cibik & Cataldo, P.C. to represent Industrial Food Truck, LLC in such bankruptcy case; and

Gary Koppelman   49 %

Mario Spina   10%


Fran Fassberg   2 % is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated:  July 22, 2020

Industrial Food Truck, LLC

By: _____
: Gary Koppelman   49 %

Mario Spina  10%

_____

Fran Fassberg  2 %
Title:  Shareholders