IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                      :Chapter 11

Industrial Food Truck, LLC

(DEBTOR)                                            :BankruptcyNo.

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Industrial Food Truck, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there is no entities to report under FRBP 700.1:

Date: 8-7-2020

BY: /s/ Michael A. Cataldo
MICHAEL A. CATALDO, ESQUIRE
Counsel for <u>Industrial Food Truck, LLC</u>
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215-735-1060/fax 215-735-6769