```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-13275-amc
Industrial Food Truck, LLC                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Lisa               Page 1 of 2              Date Rcvd: Aug 10, 2020
                               Form ID: 309F2           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
```
db             +Industrial Food Truck, LLC,    5200 Grays Avenue,    Philadelphia, PA 19143-5817
aty            +MICHAEL A. CATALDO2,    Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,
                 Philadelphia, PA 19102-3518
14526350       +Daniel Devlin, Esquire,    1219 Spruce Street,    Philadelphia Pa 19107-5607
14526351       +Daniel Wechsler, Esquire,    Amato & Keating PC,    107 N Commerce Way,    Bethlehem pa 18017-8913
14526352       +David Lee,   2 Regency Drive,    Voorhees NJ 08043-2849
14526353      #+David Truskinoff,    7811 Roanoke Street,    Philadelphia Pa 19118-4031
14526354       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14526355       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14526356       +Fran Fassberg,    702 Essex Court,    Cinnaminson NJ 08077-4020
14526358       +Gary Koppelman,    5200 Grays Avenue,    Philadelphia Pa 19143-5817
14526357       +Gary Koppelman,    111 West Norris Street,    Philadelphia, Pa 19122-2427
14526360       +J Scott Watson, Esquire,    24 Regency Plaza,    Glen Mills Pa 19342-1001
14526361       +JA Cunningham Equipment INC,    2025 Trenton Ave,    Philadelphia Pa 19125-1997
14526362       +Jennifer Gertsman,    Gertsman Financial Services LLC,    127 eLY cRESCENT,
                 Robbinsville NJ 08691-4135
14526363       +Joseph Caracappa, Esquire,    Jackson Cook Caracappa & Scott,    Newtown pavillion,
                 6 penns Trail suite 202,    Newtown, pa 18940-1889
14526364        Lipsky & Brandt,    1106 Market Street,    Philadelphia Pa 19107-12993
14526365       +Mario Spina,    114 Belle Arbor Drive,    Cherry Hill, NJ 08034-1801
14526366       +Metal Stock, Inc,    4901 Cottman Avenue,    Philadelphia Pa 19135-1401
14526367        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14526369       +Philadelphia Traffic Court,    Hon. Gary Glazer,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14526370       +Sarak Son,   30 E Logan Ave,    Glenolden Pa 19036-1810
14526371       +Savoeun Son,    506 Saint Michael Drive,    Philadelphia, Pa 19148-4639
14526372       +Steven Iliescu,    538 Carson Terrace,    Huntingdon Valley, Pa 19006-4721
14526373       +Thomas & Julie Pauly,    187 Maplewood ave,    Maplewood NJ 07040-2504
14526374       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14526375       +Williams Scotsman, Inc.,    PO Box91975,    Chicago, IL 60693-1975
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@ccpclaw.com Aug 11 2020 05:12:20     MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA  19102
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 11 2020 05:12:38      Frederic J. Baker,
                 Office of United States Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
14526347        E-mail/Text: megan.harper@phila.gov Aug 11 2020 05:12:47      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14526348        E-mail/Text: megan.harper@phila.gov Aug 11 2020 05:12:47      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14526345       +E-mail/Text: ecf@ccpclaw.com Aug 11 2020 05:12:22     Cibik & Cataldo, P.C.,
                 1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
14526349       +E-mail/Text: bankruptcy@philapark.org Aug 11 2020 05:12:51      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14526359        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 11 2020 05:12:27      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14526368       +E-mail/Text: bankruptcy@philapark.org Aug 11 2020 05:12:50      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
                                                                                                TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14526346*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2               User: Lisa                Page 2 of 2                 Date Rcvd: Aug 10, 2020
                                   Form ID: 309F2            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor    Industrial Food Truck, LLC ecf@ccpclaw.com,
                igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor    Industrial Food Truck, LLC ecf@ccpclaw.com,
                igotnotices@ccpclaw.com
                                                                                              TOTAL: 2
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Industrial Food Truck, LLC** <br> Name | EIN **81–3539805** |
| United States Bankruptcy Court **Eastern District of Pennsylvania** <br> Case number: **20–13275–amc** | | Date case filed for chapter **11**  **8/7/20** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                              02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Industrial Food Truck, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5200 Grays Avenue <br> Philadelphia, PA 19143 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL A. CIBIK2 <br> Cibik & Cataldo, P.C. <br> 1500 Walnut Street <br> Suite 900 <br> Philadelphia, PA 19102 | Contact phone  215–735–1060 <br><br> Email:  ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | None | Contact phone  _____ <br><br> Email:  None |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M; <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone  (215)408–2800 <br><br> Date: 8/10/20 |

**For more information, see page 2 >**

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)         **Notice of Chapter 11 Bankruptcy Case**         page 1

Debtor  **Industrial Food Truck, LLC**                                                                                           Case number  **20–13275–amc**

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 17, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| 9. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |