**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                          :Chapter 11 V

Industrial Food Truck, LLC


(DEBTOR)                                           :BankruptcyNo.  20-13275AMC11V


**LIST OF EQUITY SECURITY HOLDERS**


Gary Koppelman
111 West Norris Street
Philadelphia, PA 19122                         49% interest

Steve Iliescu
538 Carson Terrace
Huntingdon Valley, PA  19006              25% interest


Mario Spina
114 Belle Arbor Drive
Cherry Hill, NJ 08034                             10% interest

Sarak Son
30 E. Logan Avenue
Glenolden, PA 19036                             5% interest

Fran Weingast Fassberg
702 Essex Court
Cinnaminson, NJ 08077                        2% interest

David Lee
2 Regency Drive
Voorhees, NJ 08042                              9% interest

Date: August 17, 2020                           BY: /s/ Michael A. Cataldo
                                                            MICHAEL A. CATALDO, ESQUIRE
                                                            Cibik & Cataldo, P.C.
                                                            1500 Walnut Street, Suite 900
                                                            Philadelphia, PA  19102
                                                            215-735-1060/fax 215-735-6769

Case 20-13275-amc    Doc 26    Filed 08/17/20    Entered 08/17/20 12:19:38    Desc Main
Document      Page 2 of 2