# Industrial Food Truck, LLC
# CASE #20-13275AMC--CHAPTER 11V
# Profit and Loss
### For Period of August 1-19, 2020

|  | Total |
|---|---:|
| **Income** | |
|   **Commissary Fees** | 3,250.00 |
|   **Loan - CoVid** | 18,560.54 |
| **Total Income** | $ 21,810.54 |
| **Cost of Goods Sold** | |
|   Cost of labor - COS | |
|     Subcontractors - COS (Fab Shop) | 3,400.00 |
|       Mario Spina | 2,275.00 |
|     Total Subcontractors - COS (Fab Shop) | $ 5,675.00 |
|   Total Cost of labor - COS | $ 5,675.00 |
| **Total Cost of Goods Sold** | $ 5,675.00 |
| **Gross Profit** | $ 16,135.54 |
| **Expenses** | |
|   **Bank Charges** | 235.00 |
|   **Legal & Professional Fees** | 7,500.00 |
|     Graphic - Website | 80.00 |
|   Total Legal & Professional Fees | $ 7,580.00 |
|   **Rent or Lease** | 8,000.00 |
|   **Travel** | 200.00 |
| **Total Expenses** | $ 16,015.00 |
| **Net Operating Income** | $ 120.54 |
| **Net Income** | $ 120.54 |

**Prepared by Jennifer Gertsman of Gertsman Financial Services LLC on 8/24/2020**