**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Industrial Food Truck, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **20-13275AMC11v** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

| 2.1 | | | |
|---|---|---|---|
| **Creditor's name** **Baldwin Services Group d/b/a** | **Describe debtor's property that is subject to a lien** **Equipment Purchase** | $9,000.00 | $0.00 |

   **Creditor's mailing address**
   **Sierra Victor   Industries**
   **810 -B Oak Place**

   **Port Orange        FL     32127**

   **Describe the lien**
   **Equipment**

   **Is the creditor an insider or related party?**
   ☑ No
   ☐ Yes

   **Creditor's email address, if known**

   **Is anyone else liable on this claim?**
   ☑ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

   **Date debt was incurred**   **10/23/17**
   **Last 4 digits of account number**   ___ ___ ___ ___

   **As of the petition filing date, the claim is:**
   Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☑ Disputed

   **Do multiple creditors have an interest in the same property?**
   ☑ No
   ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**0 Hydrolic Brakes**
**20 Shear**
**15 notch**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$159,000.00**

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**

**Creditor's name**
**Diamond Tool**

**Creditor's mailing address**
**2800 Graysferry Ave**

**Philadelphia       PA    19146**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**AUNTIE ANNE'S TRUCK**

**Describe the lien**
**HoLDS THE TITLE**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00        $0.00