| **Fill in this information to identify the case:** | |
|---|---|
| Debtor | **Industrial Food Truck, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **20-13275AMC11v** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>**I.R.S.**<br>**P.O. Box 7346**<br><br>**Philadelphia    PA    19101-7346**<br>**Date or dates debt was incurred**<br>**17-20**<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>**Taxes**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,600.00 | $6,600.00 |

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$4,000.00**
*Check all that apply.*

**1 Stop Wraps**
**1525 Prospect Street**
**Unit 602**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lakewood     NJ     08701**     **Vendor**

Date or dates debt was incurred     **Is the claim subject to offset?**
Last 4 digits of account number    __ __ __ __     ☑ No    ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$250.00**
*Check all that apply.*

**American Express**
**200 Vasey Street**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**NY     NY     10291**     **Vendor**

Date or dates debt was incurred     **Is the claim subject to offset?**
Last 4 digits of account number    0  3  1  2     ☑ No    ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**Autoparts International**
**1201 S 32nd Street**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Philadelphia     PA     19145**

Date or dates debt was incurred     **Is the claim subject to offset?**
Last 4 digits of account number    __ __ __ __     ☑ No    ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$1,000.00**
*Check all that apply.*

**Central Restaurant Products**
**7750 Georgetown Rd**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Indianapolis     IN     46268**     **Vendor**

Date or dates debt was incurred     **Is the claim subject to offset?**
Last 4 digits of account number    0  3  1  2     ☑ No    ☐ Yes

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address     **$25,000.00**

**Chase Ink Card**
**PO Box 6185**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Westerville    OH    43086**

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address     **$3,000.00**

**Cintas**
**4700 Jefferson Street**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia    PA    19131**

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address     **$48,000.00**

**Citizens One**
**One Citizens Way**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Johnston    RI    02919**

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number **4  9  4  4**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address     **$1,851.42**

**COMCAST**
**PO BOX 58203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**cincinatti    OH    45258**

Basis for the claim: **Internet Services**

Date or dates debt was incurred **2020**
Last 4 digits of account number **4  9  1  5**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

**COMCAST**
**PO BOX 37601**

**philadelphia**     **PA**     **19101-0601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Phone Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Cummins Sales & sERVICE**
**41-45 Doremus Ave**

**Newark**     **NJ**     **07105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Diamond Tool**
**2800 Grays Ferry Ave**

**Philadelphia**     **PA**     **19146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred

Last 4 digits of account number  **6  8  2  1**

Is the claim subject to offset?
☑ No
☐ Yes

**$165,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

**DMP Automation**
**22 Westbury Drive**

**Cherry Hill**     **NJ**     **08003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

**Ecolab**
**1 Scott Way**

**Philadelphia**    **PA**    **19116**

Date or dates debt was incurred

Last 4 digits of account number   **0 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Eric Groves, Esquire**
**Groves & Associates**
**The Atrium**
**3601 N Classen Blvd**
**Suite 207 Oklahoma City**    **OK**    **73118**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address

**Filter Man**
**7330 Tulip Street**

**Philadelphia**    **PA**    **19136**

Date or dates debt was incurred

Last 4 digits of account number   **n 1 0 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$700.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Flame King**
**14111 S Kingsley Drive**

**Gardena**    **CA**    **90249**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$700.00**

---

Debtor **Industrial Food Truck, LLC**  Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address  $78,000.00

**Fran Fassberg**
**702 Essex Court**

**Cinnaminson    NJ    08077**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MeMBER/SHAREHOLDER**

Is the claim subject to offset?
☑ No
☐ Yes

loans to the business to keep it operating

---

**3.18** Nonpriority creditor's name and mailing address  $1,000.00

**Gannon Insurance**
**6505 Frankfort Ave**

**Philadelphia    PA    19135**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PrEMIUMS**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address  $60,000.00

**Gary Koppelman**
**111 West Norris Street**

**Philadelphia    PA    19122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MeMBER/Shareholder**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address  $700.00

**Gas Pro**
**1336-46 Warfield Street**

**Philadelphia    PA    19146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6

| Debtor | **Industrial Food Truck, LLC** | Case number (if known) | **20-13275AMC11v** |
|---|---|---|---|

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Gold Medal Environmental**
**1770 Hurfville Rd**

**Sewell                NJ     08080**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Grays Realty LLC**
**42 West 39th Street**

**New York                NY     10018**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LaNDLORTD LEASE**

Is the claim subject to offset?
☒ No
☐ Yes

**$40,000.00**

---

**3.23** Nonpriority creditor's name and mailing address

**Guard Insurance**
**PO BOX AH**

**Wilkes Barre            PA     18703-0020**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$400.00**

---

**3.24** Nonpriority creditor's name and mailing address

**I.R.S.**
**P.O. Box 7346**

**Philadelphia            PA     19101-7346**

Date or dates debt was incurred    **2016/2017**
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,040.00**

Debtor **Industrial Food Truck, LLC**　　　　Case number (if known) **20-13275AMC11v**

## Part 2:　Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address　　　　$15,000.00

**Integrity Stainless Inc**
**101 Stainless INC**
**161 Devereaux Drive**

**Latrobe　　　　PA　　15650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address　　　　$400.00

**Invision Security**
**1008 N Ninth Ave**

**King of Prussia　　　　PA　　19406**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number 0 4 1 7

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address　　　　$5,000.00

**IPFS**
**3300 RDU Center Drive**

**Morrisville　　　　NC　　27560**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address　　　　$500.00

**J&K Trash Removal**
**Po Box 254**

**Gradysville　　　　PA　　19039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29** Nonpriority creditor's name and mailing address     **$4,000.00**

**J&S Fire**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address     **$2,085.06**

**JA Cunningham Equipment INC**
**2025 Trenton Ave**

**Philadelphia**     **PA**     **19125**

Date or dates debt was incurred **2018**

Last 4 digits of account number **4 1 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address     **$12,000.00**

**KDK Properties**
**199 Millers Lane**

**Harrisburg**     **PA**     **17110**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rent ELECTRICAL**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address     **Unknown**

**Kiamichi Technology Center**
**C/o John Moyer, Esquire**
**Rosenstein Fist & Ringold**
**525 S Main Suite 700**
**Tulsa**     **OK**     **74103**

Date or dates debt was incurred

Last 4 digits of account number **2 0 2 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.33 Nonpriority creditor's name and mailing address
**Legions Kitchen Supply**
**8350 Hegerman Street**

**Philadelphia     PA     19136**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,000.00**

### 3.34 Nonpriority creditor's name and mailing address
**Lenora Spina**
**114 Belle Arbor Drive**

**Cherry Hill     NJ     08034**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$8,000.00**

### 3.35 Nonpriority creditor's name and mailing address
**LVNV Funding**
**PO box 10497**

**Greenville     SC     29603-0584**

Date or dates debt was incurred   **2018**
Last 4 digits of account number   **7  9  5  3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wex Bankj**

Is the claim subject to offset?
☒ No
☐ Yes

**$569.21**

### 3.36 Nonpriority creditor's name and mailing address
**McMaster -Carr**
**200 Aurora Industrial Parkway**

**Cleveland     OH     44101-4930**

Date or dates debt was incurred
Last 4 digits of account number   **7  2  0  0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,000.00**

| Debtor | **Industrial Food Truck, LLC** | Case number (if known) | **20-13275AMC11v** |
|---|---|---|---|

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

**Metal Stock, Inc**
**4901 Cottman Avenue**

**Philadelphia** **PA** **19135**

Date or dates debt was incurred

Last 4 digits of account number  **6  6  0  1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,083.84**

---

**3.38** Nonpriority creditor's name and mailing address

**Mobile Mini Solutions**
**Po Box 650882**

**Dallas** **TX** **75265-0082**

Date or dates debt was incurred  **2020**

Last 4 digits of account number  **5  8  5  1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,994.67**

---

**3.39** Nonpriority creditor's name and mailing address

**nandnndndn**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.40** Nonpriority creditor's name and mailing address

**National General Insurance**
**PO BOX 3199**

**Winston-Salem** **NC** **27107**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.41** Nonpriority creditor's name and mailing address

**Nordon**
**1 CABOT Boulevard East**

**Langhorne    PA    19047**

Date or dates debt was incurred

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$59,356.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Portables360**
**15 Brookwood Lane**

**Weston    CT    06883**

Date or dates debt was incurred **8/20**

Last 4 digits of account number **0 6 5 1**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **RentAL INVOICE**

Is the claim subject to offset?
☒ No
☐ Yes

**$875.00**

---

**3.43** Nonpriority creditor's name and mailing address

**Savoeun Son**
**506 Saint Michael Drive**

**Philadelphia    PA    19148**

Date or dates debt was incurred

Last 4 digits of account number **1 1 8 9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

**DEFAULT JUDGMENT ENTERED JULY 15, 2020**
**IMPROPER SERVICE ALLEGED BY DEBTOR WHO RESERVES RIGHTS IN THE CIVIL ACTION**

---

**3.44** Nonpriority creditor's name and mailing address

**Sierra Pacific Engineering and Products**
**PO Box 102056**

**Pasadena    CA    91189-2056**

Date or dates debt was incurred **2020**

Last 4 digits of account number **2 5 3 8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies/Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,015.02**

---

Debtor **Industrial Food Truck, LLC**   Case number (if known) **20-13275AMC11v**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

**TD Bank**
**Attn; Jennifer Zimmerman, AVP**
**6000 Atrium Way**

**Mt. Laurel    NJ    08054**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Overdrawn account**

Is the claim subject to offset?
☒ No
☐ Yes

$2,800.00

**3.46** Nonpriority creditor's name and mailing address

**TD Bank**
**Attn; Jennifer Zimmerman, AVP**
**6000 Atrium Way**

**Mt. Laurel    NJ    08054**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Overdrawn account**

Is the claim subject to offset?
☒ No
☐ Yes

$4,500.00

**3.47** Nonpriority creditor's name and mailing address

**Termac Corporation**
**7880 Tulip Street**

**Philadelphia    PA    19186**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equip lease**

Is the claim subject to offset?
☒ No
☐ Yes

$1,995.21

**3.48** Nonpriority creditor's name and mailing address

**Thomas & Julie Pauly**
**187 Maplewood ave**

**Maplewood    NJ    07040**

Date or dates debt was incurred
Last 4 digits of account number   **1  1  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| Debtor | **Industrial Food Truck, LLC** | Case number (if known) | **20-13275AMC11v** |
|---|---|---|---|

**Part 2:  Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.49 Nonpriority creditor's name and mailing address

**Valorie Sosonkin**
**29 Banbury Court**

**Holland                    PA      18966**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract/REFUND BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

### 3.50 Nonpriority creditor's name and mailing address

**Vineland Syrup**
**PO Box 1326**

**Vineland                   NJ      08362-1326**

Date or dates debt was incurred
Last 4 digits of account number      3  7  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ICE MACHINE VENDOR /RENTAL**

Is the claim subject to offset?
☑ No
☐ Yes

**$700.00**

### 3.51 Nonpriority creditor's name and mailing address

**West Philadelphia Financial Services Ins**
**5200 Warren Street**

**Philadelphia              PA      19131**

Date or dates debt was incurred  **7/27/20**
Last 4 digits of account number      __ __ __ __

**matures july  24, 2023  INTERST ONLY FOR 8 MONTHS THEN $626.73 MONTHLY THEREAFTER**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,500.00**

### 3.52 Nonpriority creditor's name and mailing address

**WestGuard Insurance**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **Industrial Food Truck, LLC**    Case number (if known)  **20-13275AMC11v**

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,000.00 |

**Williams Scotsman, Inc.**
**901 S Bond Street**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Baltimore                           MD       21231-3357**

**Basis for the claim:**
**Rental Equipment**

Date or dates debt was incurred  **2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6  2  5  9**

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |

**YCH Architect LLC**
**1823  Spring Garden Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia                           PA       19130**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

Debtor  **Industrial Food Truck, LLC**  Case number (if known) **20-13275AMC11v**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Blatstein Esq.**<br>**2711 Comley Road**<br><br>**Philadelphia     PA    19154** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | e s c u |
| 4.2 | **Daniel Devlin, Esquire**<br>**1219 Spruce Street**<br><br>**Philadelphia     PA    19107** | Line _____<br>☑ Not listed. Explain:<br>**Savoeun Son** | 1 1 8 9 |
| 4.3 | **Daniel Wechsler, Esquire**<br>**Amato & Keating PC**<br>**107 N Commerce Way**<br><br>**Bethlehem     PA    18017** | Line _____<br>☑ Not listed. Explain:<br>**MeTAL STOCK, INC** | 6 6 0 1 |
| 4.4 | **David Lee**<br>**2 Regency Drive**<br><br>**Voorhees     NJ    08043** | Line _____<br>☑ Not listed. Explain:<br>**Member/Shareholder** | __ __ __ __ |
| 4.5 | **George Conway, Trial Attorney**<br>**US Trustee Office**<br>**833 Chestnut Street**<br>**5th Floor**<br>**Philadelphia     PA    19107** | Line _____<br>☑ Not listed. Explain:<br>**Trial attorney-UST** | __ __ __ __ |
| 4.6 | **J Scott Watson, Esquire**<br>**24 Regency Plaza**<br><br>**Glen Mills     PA    19342** | Line _____<br>☑ Not listed. Explain:<br>**JA CUNNINGHAM EQUIP** | 4 1 7 5 |

Debtor **Industrial Food Truck, LLC**     Case number (if known) **20-13275AMC11v**

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| # | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Jami Nimeroff, Chapter V Trustee<br>Brown McGarry NIMEROFF<br>Two Penn Center Suite 610<br>Philadelphia  PA  19102 | Line _____<br>☑ Not listed. Explain:<br>**Trustee** | __ __ __ __ |
| 4.8 | Jennifer Gertsman<br>Gertsman Financial Services LLC<br>127 eLY cRESCENT<br>Robbinsville  NJ  08691 | Line _____<br>☑ Not listed. Explain:<br>**Accounting Service** | __ __ __ __ |
| 4.9 | Joseph Caracappa, Esquire<br>Jackson Cook Caracappa & Scott<br>Newtown pavillion<br>6 penns Trail suite 202<br>Newtown  PA  18940 | Line _____<br>☑ Not listed. Explain:<br>**Thomas pauly** | __ __ __ __ |
| 4.10 | Lipsky & Brandt<br>1101 Market St., Suite 2820<br>Philadelphia  PA  19107 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.11 | Mario Spina<br>114 Belle Arbor Drive<br>Cherry Hill  NJ  08034 | Line _____<br>☑ Not listed. Explain:<br>**Member/Shareholder** | __ __ __ __ |
| 4.12 | Olympic Steel | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.13 | Sarak Son<br>30 E Logan Ave<br>Glenolden  PA  19036 | Line _____<br>☑ Not listed. Explain:<br>**Member/shareholdr** | __ __ __ __ |

| Debtor | **Industrial Food Truck, LLC** | Case number (if known) | **20-13275AMC11v** |
|---|---|---|---|

### Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.14 | **Steven Iliescu**<br>**538 Carson Terrace**<br><br>**Huntingdon Valley    PA    19006** | Line _____<br>☑ Not listed.  Explain:<br>**Member/Shareholder** | __ __ __ __ |

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 18

Debtor  **Industrial Food Truck, LLC**                                        Case number (if known) **20-13275AMC11v**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$6,600.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$644,115.43** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$650,715.43** |