**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Industrial Food Truck, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **20-13275AMC11v**    Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 40 IHIGH CUBE REEFER AND 20 REEFER CONTAINER-TRASH<br>Contract to be ASSUMED | PORTABLES 360<br>15 BROOKWOOD LANE |
| | State the term remaining | | |
| | List the contract number of any government contract | | WESTON    CT    06883 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | equipment purchase<br>Contract to be ASSUMED | Baldwin Services Group<br>810 B Oak PL |
| | State the term remaining | | |
| | List the contract number of any government contract | | pORT oRANGE    FL    32127 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY LEASE -BUSINESS LOCATION<br>PLUS ADD'L EXPENSES<br>Contract to be ASSUMED | Grays Realty LLC<br>42 W 39th Street |
| | State the term remaining | 1 mo. then 2 5 year options | |
| | List the contract number of any government contract | | NY    NY    10018 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | leased dishwasher AFC12502<br>Contract to be ASSUMED | Termac Corporation<br>7880 Tulip Street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Philadelphia    PA    19186 |