| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Industrial Food Truck, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **20-13275AMC11v** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. Does the debtor have any codebtors?
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.1** | Gary Koppelman | 5200 Grays Avenue | Thomas & Julie Pauly | ☐ D ☑ E/F ☐ G |
| | | Philadelphia, PA 19153 | | |
| **2.2** | Gary Koppelman | 111 W Norris Street | West Philadelphia Financial Services Ins | ☐ D ☑ E/F ☐ G |
| | | Philadelphia, PA 19122 | | |