# IFT / OLD
# Profit and Loss
### January - July, 2020

Prepared by Jennifer Gertsman of Gertsman Financial Services LLC

|  | Total |
|---|---:|
| **Income** | |
|   Charitable Donation | 0.00 |
|   Commissary Fees | 72,130.47 |
|   Discounts given | -140.60 |
|   Sales of Product Income | 143,254.34 |
|   Services | |
|     Commissary Membership Fees | 0.00 |
|   **Total Services** | $ 0.00 |
|   Unapplied Cash Payment Income | 0.00 |
| **Total Income** | $ 215,244.21 |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 31,629.04 |
|     Towing Expense | 94.00 |
|   **Total Cost of Goods Sold** | $ 31,723.04 |
|   Cost of labor - COS | 1,750.00 |
|     Subcontractors - COS (Fab Shop) | 4,710.00 |
|       Eriseld Veliaj | 408.00 |
|       Kendall Watson | 772.50 |
|       Mario Spina | 2,050.00 |
|       Ronald Frei | 2,400.00 |
|     **Total Subcontractors - COS (Fab Shop)** | $ 10,340.50 |
|   **Total Cost of labor - COS** | $ 12,090.50 |
|   Other Costs - COS | 3,625.00 |
|   Purchases - COS | 19,105.00 |
|   Supplies & Materials | 10,176.00 |
|   Supplies & Materials - COGS | 26,223.42 |
|     Bolts - Screws - Fasteners S&M COGS | |
|       BoltDepot | 555.30 |
|     **Total Bolts - Screws - Fasteners S&M COGS** | $ 555.30 |
|     Sheet-Tube & Angle Stock - Metal Materials | 6,196.00 |
|   **Total Supplies & Materials - COGS** | $ 32,974.72 |
| **Total Cost of Goods Sold** | $ 109,694.26 |
| **Gross Profit** | $ 105,549.95 |
| **Expenses** | |
|   Auto | 8.99 |
|     Auto Repairs | 316.37 |
|   **Total Auto** | $ 325.36 |
|   Auto Expense | 10.00 |
|   Bank Charges | 758.51 |

| | | |
|---|--:|--:|
| **Cash Withdrawal** | | 1,390.00 |
| **Dues & Subscriptions** | | 2,461.55 |
| **Equipment Rental** | | 1,811.03 |
| **Freight & Delivery** | | 557.12 |
| **Guaranteed Payment - Gary** | | 196.46 |
| **Insurance** | | 6,841.54 |
| **Interest Expense** | | 2,018.40 |
| **Legal & Professional Fees** | | 3,254.96 |
|   Graphic - Website | | 80.00 |
| **Total Legal & Professional Fees** | $ | **3,334.96** |
| **Meals and Entertainment** | | 2,090.77 |
| **Office Expenses** | | 343.39 |
| **Other General and Admin Expenses** | | |
|   Facility Cleaning | | 103.78 |
|   Gary Koppelman | | 460.13 |
|   Kyemah Williams | | 125.00 |
| **Total Other General and Admin Expenses** | $ | **688.91** |
| **Reimbursed Expenses** | | 790.00 |
| **Rent or Lease** | | 20,000.00 |
| **Repair & Maintenance** | | 237.60 |
|   Kitchen Maintenance | | 1,450.00 |
| **Total Repair & Maintenance** | $ | **1,687.60** |
| **Shipping and delivery expense** | | 1,070.53 |
| **Subcontractors** | | 994.58 |
| **Supplies** | | 1,032.51 |
| **Taxes & Licenses** | | 1,247.00 |
| **Telephone** | | 1,052.03 |
| **Tools** | | 1,702.08 |
| **Travel** | | 4,432.90 |
|   Gas | | 955.61 |
|   Parking | | 140.50 |
| **Total Travel** | $ | **5,529.01** |
| **Utilities** | | 6,275.52 |
|   Telephone/Internet | | 174.17 |
| **Total Utilities** | $ | **6,449.69** |
| **Total Expenses** | $ | **64,383.03** |
| **Net Operating Income** | $ | **41,166.92** |
| **Other Expenses** | | |
|   Charitable Contributions | | 1,467.85 |
| **Total Other Expenses** | $ | **1,467.85** |
| **Net Other Income** | -$ | **1,467.85** |
| **Net Income** | $ | **39,699.07** |

Friday, Sep 04, 2020 10:12:33 AM GMT-7 - Cash Basis