**Fill in this information to identify the case:**

Debtor name     **Industrial Food Truck, LLC**

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number     **20-13275AMC11v**
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Diamond Tool<br>2800 Grays Ferry Ave<br>Philadelphia, Pa 19146 | | Vendor | | | | $165,000.00 |
| 2 | Diamond Tool<br>2800 Graysferry Ave<br>Philadelphia Pa 19146 | | HoLDS THE TITLE | Contingent | $150,000.00 | $0.00 | $150,000.00 |
| 3 | Nordon<br>1 CABOT Boulevard East<br>Langhorne Pa 19047 | | Vendor | | | | $59,356.00 |
| 4 | Citizens One<br>One Citizens Way<br>Johnston RI 02919 | | | | | | $48,000.00 |
| 5 | Grays Realty LLC<br>42 West 39th Street<br>New York NY 10018 | | LaNDLORTD LEASE | | | | $40,000.00 |

| Debtor | **Industrial Food Truck, LLC** | Case number (if known) **20-13275AMC11v** |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Williams Scotsman, Inc. 901 S Bond Street Baltimore MD 21231-3357 | | Rental Equipment | Contingent Unliquidated Disputed | | | $34,000.00 |
| 7  Chase Ink Card PO Box 6185 Westerville OH 43086 | | | | | | $25,000.00 |
| 8  West Philadelphia Financial Services Ins 5200 Warren Street Philadelphia, Pa 19131 | | Loan | | | | $18,500.00 |
| 9  Integrity Stainless Inc 101 Stainless INC 161Devereaux Drive Latrobe Pa 15650 | | | | | | $15,000.00 |
| 10  Cummins Sales & sERVICE 41-45 Doremus Ave Newark NJ 07105 | | Vendor | | | | $15,000.00 |
| 11  KDK Properties 199 Millers Lane Harrisburg Pa 17110 | | Rent ELECTRICAL | | | | $12,000.00 |
| 12  Baldwin Services Group d/b/a Sierra Victor  Industries 810 -B Oak Place Port Orange Fl 32127 | | Equipment | Disputed | $9,000.00 | $0.00 | $9,000.00 |
| 13  Lenora Spina 114Belle Arbor Drive Cherry Hill NJ 08034 | | Loan | | | | $8,000.00 |

Debtor   **Industrial Food Truck, LLC**                                          Case number (if known) **20-13275AMC11v**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14 I.R.S.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | Contingent<br>Unliquidated<br>Disputed | | | $6,600.00 |
| 15 Legions Kitchen Supply<br>8350 Hegerman Street<br>Philadelphia pa 19136 | | Vendor | | | | $5,000.00 |
| 16 IPFS<br>3300 RDU Center Drive<br>Morrisville NC 27560 | | | | | | $5,000.00 |
| 17 TD Bank<br>Attn; Jennifer Zimmerman, AVP<br>6000 Atrium Way<br>Mt. Laurel NJ 08054 | | Overdrawn account | | | | $4,500.00 |
| 18 I.R.S.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | Contingent<br>Unliquidated<br>Disputed | | | $4,040.00 |
| 19 J&S Fire | | | | | | $4,000.00 |
| 20 1 Stop Wraps<br>1525 Prospect Street<br>Unit 602<br>Lakewood NJ 08701 | | Vendor | | | | $4,000.00 |