**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Industrial Food Truck, LLC**                    CASE NO  **20-13275AMC11v**

                                                          CHAPTER  **11**

*AMENDED 9/17/2020*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/17/2020                                    Signature  /s/ Gary Koppelman
                                                              *Gary Koppelman*
                                                              *Managing Director*


Date  _____                          Signature  _____

```
 PORTABLES 360
15 BROOKWOOD LANE
WESTON CT 06883



1 Stop Wraps
1525 Prospect Street
Unit 602
Lakewood NJ 08701



American Express
200 Vasey Street
NY NY 10291



Autoparts International
1201 S 32nd Street
Philadelphia Pa 19145



Baldwin Services Group
810 B Oak PL
pORT oRANGE FL 32127



Baldwin Services Group d/b/a
Sierra Victor   Industries
810 -B Oak Place
Port Orange Fl 32127



Brian Blatstein Esq.
2711 Comley Road
Philadelphia, PA 19154



Central Restaurant Products
7750 Georgetown Rd
Indianapolis IN 46268



Chase Ink Card
PO Box 6185
Westerville OH 43086
```

Cibik and Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102


Cintas
4700 Jefferson Street
Philadelphia PA  19131


Citizens One
One Citizens Way
Johnston RI 02919


City of Philadelphia
Bankruptcy Unit
1401 JFK Boulevard
Fifth Floor
Philadelphia, PA 19102

City Of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102

City of Philadelphia
Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101


COMCAST
PO BOX 58203
cincinatti oh 45258


COMCAST
PO BOX 37601
philadelphia pa 19101-0601

Cummins Sales & sERVICE
41-45 Doremus Ave
Newark NJ 07105

Daniel Devlin, Esquire
1219 Spruce Street
Philadelphia Pa 19107

Daniel Wechsler, Esquire
Amato & Keating PC
107 N Commerce Way
Bethlehem pa 18017

David Lee
2 Regency Drive
Voorhees NJ 08043

Diamond Tool
2800 Graysferry Ave
Philadelphia Pa 19146

Diamond Tool
2800 Grays Ferry Ave
Philadelphia, Pa 19146

DMP Automation
22 Westbury Drive
Cherry Hill NJ 08003

DPOE Technology LLC
104 Cobblestone
Twin Lakes WI 53181

Ecolab
1 Scott Way
Philadelphia Pa 19116

Equifax
P.O. Box 740241
Atlanta, GA 30374

Eric Groves, Esquire
Groves & Associates
The Atrium
3601 N Classen Blvd
Suite 207 Oklahoma City, OK 73118

Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013

Filter Man
7330 Tulip Street
Philadelphia Pa 19136

Flame King
14111 S Kingsley Drive
Gardena CA 90249

Fran Fassberg
702 Essex Court
Cinnaminson NJ 08077

Gannon Insurance
6505 Frankfort Ave
Philadelphia Pa 19135

Gary Koppelman
111 West Norris Street
Philadelphia, Pa 19122

Gary Koppelman
5200 Grays Avenue
Philadelphia Pa 19153

```
Gary Koppelman
111  W Norris Street
Philadelphia Pa 19122




Gas Pro
1336-46 Warfield Street
Philadelphia Pa 19146




Gemelli's Pizzeria
752 North Ave
New Rochelle NY 10801-1815




George Conway, Trial Attorney
US Trustee Office
833 Chestnut Street
5th Floor
Philadelphia, Pa 19107

Gold Medal Environmental
1770 Hurfville Rd
Sewell NJ 08080




Grays Realty LLC
42 West 39th Street
New York NY 10018




Grays Realty LLC
42 W 39th Street
NY NY 10018




Guard Insurance
PO BOX AH
Wilkes Barre Pa 18703-0020




I.R.S.
P.O. Box 7346
Philadelphia, PA  19101-7346
```

```
I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346



Integrity Stainless Inc
101 Stainless INC
161Devereaux Drive
Latrobe Pa 15650



Invision Security
1008 N Ninth Ave
King of Prussia Pa 19406



IPFS
3300 RDU Center Drive
Morrisville NC 27560



J Scott Watson, Esquire
24 Regency Plaza
Glen Mills Pa 19342



J&K Trash Removal
Po Box 254
Gradysville Pa 19039



J&S Fire



JA Cunningham Equipment INC
2025 Trenton Ave
Philadelphia Pa 19125



Jami Nimeroff,Chapter V Trustee
Brown McGarry NIMEROFF
Two Penn Center Suite 610
Philadelphia Pa 19102
```

Jennifer Gertsman
Gertsman Financial Services LLC
127 eLY cRESCENT
Robbinsville NJ 08691


Joseph Caracappa, Esquire
Jackson Cook Caracappa & Scott
Newtown pavillion
6 penns Trail suite 202
Newtown, pa 18940

KDK Properties
199 Millers Lane
Harrisburg Pa 17110


Kiamichi Technology Center
C/o John Moyer,Esquire
Rosenstein Fist & Ringold
525 S Main  Suite 700
Tulsa Oklahoma 74103

Legions Kitchen Supply
8350 Hegerman Street
Philadelphia pa 19136


Lenora Spina
114Belle Arbor Drive
Cherry Hill NJ 08034


Lipsky & Brandt
1101 Market St., Suite 2820
Philadelphia Pa 19107


LVNV Funding
PO box 10497
Greenville SC 29603-0584


Mario Spina
114 Belle Arbor Drive
Cherry Hill, NJ 08034

```
McMaster -Carr
200 Aurora Industrial Parkway
Cleveland OH 44101-4930



Metal Stock, Inc
4901 Cottman Avenue
Philadelphia Pa 19135



Mobile Mini Solutions
Po Box 650882
Dallas TX 75265-0082



Mogo Taco
632 Cookman Ave
Asbury Park NJ 07712



National General Insurance
PO BOX 3199
Winston-Salem NC 27107



Nordon
1 CABOT Boulevard East
Langhorne Pa 19047



Olympic Steel




PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106
```

```
Philadelphia Traffic Court
Hon. Gary Glazer
800 Spring Garden Street
Philadelphia, PA 19123


Portables360
15 Brookwood Lane
Weston CT 06883


Sarak Son
30 E Logan Ave
Glenolden Pa 19036


Savoeun Son
506 Saint Michael Drive
Philadelphia, Pa 19148


Sierra Pacific Engineering and Products
PO Box 102056
Pasadena CA 91189-2056


Steven Iliescu
538 Carson Terrace
Huntingdon Valley, Pa 19006


TD Bank
Attn; Jennifer Zimmerman, AVP
6000 Atrium Way
Mt. Laurel NJ 08054


Termac Corporation
7880 Tulip Street
Philadelphia Pa 19186


Thomas & Julie Pauly
187 Maplewood ave
Maplewood NJ 07040
```

Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661


Valencia Ricketts
777 w Germantown Pke
Apt 1017
Plymoutyh Meeting Pa 19462


Valorie Sosonkin
29 Banbury Court
Holland Pa 18966



Vineland Syrup
PO Box 1326
Vineland NJ 08362-1326



West Philadelphia Financial Services Ins
5200 Warren Street
Philadelphia, Pa 19131



WestGuard Insurance




Williams Scotsman, Inc.
901 S Bond Street
Baltimore MD 21231-3357


YCH Architect LLC
1823  Spring Garden Street
Philadelphia Pa 19130