

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

**GARY S. GLAZER**
ADMINISTRATIVE JUDGE

September 17, 2020

FILED
SEP 23 2020
TIMOTHY McGRATH, CLERK
DEP. CLERK

Michael A Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia PA   19102

      Re:   Industrial Food Truck, LLC
            Bankruptcy No: 20-13275-amc
            Chapter 11

Dear Mr. Cibik:

    We have been notified by the Federal Bankruptcy Court that the above-captioned matter was filed on August 7, 2020.

    An initial search of our records indicates that there are no outstanding citations charged to the above-mentioned debtor(s). However, if you will provide this office with the following information, we will further research the case in an effort to protect the rights of the debtor(s).

    1.   Prior addresses (in or out-of-state)
    2.   Citation number(s)

    If you determine that the Philadelphia Municipal Court, Traffic Division, should not have been listed as a creditor in this case, please advise us so we may bring closure to the matter.

    Please be advised that the Philadelphia Municipal Court, Traffic Division, has no jurisdiction over parking violations.

    Your prompt response to this correspondence is sincerely appreciated, as it will assist us in proceeding with the proper filing.

                                 Sincerely,

                                 Gary S. Glazer
                                 ADMINISTRATIVE JUDGE

GSG/mm
cc: Bankruptcy Court