**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         Chapter 11 V
Industrial Food Truck, LLC

   (DEBTOR)                            :         Bankruptcy No. 20-13275AMC11V

**OBJECTION TO CLAIM #4 OF WILLIAMS SCOTSMAN,INC**

1. Debtor field for protection under Chapter 11 V on August 7, 2020.

2. Jami Nimeroff was appointed as Chapter 11 V Trustee.

3. The claims deadlines as set by the court is October 20, 2020.

4. Creditor Williams Scotsman, Inc. was listed as a disputed claim on schedule F.

5. Williams Scotsman, Inc. filed the attached claim #4 on September 21, 2020 for an unsecured amount of $21,699.23 for leased equipment. Exhibit A.

6. The leased equipment that was installed was done so without meeting the license and inspections code for the City of Philadelphia.

7. Further the water system did not meet the health department codes.

8. Debtor was therefore without water for six to seven months, including hot water issues that adversely affected the operations and earnings of Debtor.

9. Prior to the filing, Debtor contested without reply.

WHEREFORE, Debtor avers that the claim in its entirety should be denied and stricken or alternatively allowed at an amount the court deems fair and just.

                                          Respectfully submitted,

Date: October 1, 2020          BY: /s/ Michael A. Cataldo
                                                           MICHAEL A. CATALDO, ESQUIRE
                                                           Cibik & Cataldo, P.C.
                                                           1500 Walnut Street, Suite 900
                                                           Philadelphia, PA   19102
                                                           215-735-1060/fax 215-735-6769

Case 20-13275-amc    Doc 88    Filed 10/01/20    Entered 10/01/20 11:09:50    Desc Main
Document      Page 2 of 2