**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :         Chapter 11 V
Industrial Food Truck, LLC

    (DEBTOR)                    :         Bankruptcy No. 20-13275AMC11V

## OBJECTION TO CLAIM #21 OF GARY KOPPELMAN.

1. Debtor field for protection under Chapter 11 V on August 7, 2020.

2. Jami Nimeroff was appointed as Chapter 11 V Trustee.

3. The deadline to file claims was October 20, 2020.

4. On October 20, 2020 Gary Koppelman who is the managing member of the LLC filed the attached claim for an unsecured general claim of $48,558. Exhibit A.

5. It is purported to be based upon loans to the business.

6. There are not supporting documents to the claim under Bankruptcy Rule 3001 (c) (2) (A).

WHEREFORE, Debtor objects to the claim and seeks that it be stricken or reduced as the court deems just.

                                    Respectfully submitted,

Date: October 26, 2020              BY: /s/ Michael A. Cataldo
                                        MICHAEL A. CATALDO, ESQUIRE
                                        Cibik & Cataldo, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA   19102
                                        215-735-1060/fax 215-735-6769