**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         Chapter 11 V
Industrial Food Truck, LLC

    (DEBTOR)                         :         Bankruptcy No. 20-13275AMC11V

**NOTICE OF OBJECTION TO PROOF OF CLAIM**
**#21 of Gary Koppelman**

**Debtor's Counsel has filed an objection to the proof of claim #21 of Gary Koppelman filed in this bankruptcy case.**

**Your claim may be reduced, modified or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the **Honorable Ashely M. Chan**, on **December 2, 2020** at **12:30 p.m.** in **Courtroom No.4**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. Unless the Court elects to proceed telephonically. In that event the dial-in number for the telephonic hearing is 877-873-8017 with a passcode of 3027681#. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

                                      Respectfully submitted,

Date October 26, 2020                 __s/_____
                                        Michael A. Cataldo, Esquire
                                        Cibik & Cataldo, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA 19102
                                        215-735-1060