**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :        Chapter 11 V
Industrial Food Truck, LLC

    (DEBTOR)                             :        Bankruptcy No. 20-13275AMC11V

**OBJECTION TO CLAIM #22 OF FRAN FASSBERG.**

1.  Debtor field for protection under Chapter 11 V on August 7, 2020.

2.  Jami Nimeroff was appointed as Chapter 11 V Trustee.

3.  The deadline to file claims was October 20, 2020.

4.  On October 20, 2020 Fran Fassberg who was a member LLC filed the attached claim for an unsecured general claim in the amount of $88,930. Exhibit A.

5.  It is purported to be based upon loans to the business.

6.  There are not supporting documents to the claim under Bankruptcy Rule 3001 (c) (2) (A).

WHEREFORE, Debtor objects to the claim and seeks that it be stricken or reduced as the court deems just.

                                    Respectfully submitted,


Date: October 26, 2020              BY: /s/ Michael A. Cataldo
                                    MICHAEL A. CATALDO, ESQUIRE
                                    Cibik & Cataldo, P.C.
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA   19102
                                    215-735-1060/fax 215-735-6769